■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALLACE DRAKE, Appellant. [794 NYS2d 771]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered December 4, 2002. The judgment convicted defendant, upon a jury verdict, of attempted murder in the second degree, assault in the first degree and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of attempted murder in the second degree (Penal Law §§ 110.00, 125.25 [1]), assault in the first degree (§ 120.10 [1]) and criminal possession of a weapon in the second degree (§ 265.03 [2]). We reject defendant's contention that the verdict is against the weight of the evidence. There is no indication in the record before us that the jury failed to give the evidence the weight it should be accorded (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). We also reject the contention of defendant that he did not receive effective assistance of counsel (*see generally People v Baldi*, 54 NY2d 137, 147 [1981]). Present—Hurlbutt, J.P., Scudder, Gorski, Pine and Lawton, JJ.